KAARE ANDRESEN, Appellant, v. WALLER CONSTRUCTION CORP. et al., Respondents.

Concur — Eager, J. P., Capozzoli, Rabin, McGivern and Witmer, JJ.